1

2

3

4

5

6

7                                                                      JS-6

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   LESLIE GIBBONS, an individual,        )   CASE NO.  CV10-9042 CAS (AGRx)
                                           )
12                      Plaintiff,         )   Judge:       Christina A. Snyder
                                           )   Courtroom:  5
13          vs.                            )
                                           )   Complaint Filed:  12/14/2009
14   INDYNE, INC., a Maryland              )   First Amended
     Corporation, DARRELL TULLIS, a        )     Complaint Filed:  10/26/2010
15   California citizen, DONNA             )
     BEATTIE, an individual, CHERYL        )   **ORDER ON STIPULATION RE**
16   JONES, an individual, IRENE           )   **DISMISSAL OF ENTIRE ACTION**
     KAPINOS, an individual, LAURA         )   **WITH PREJUDICE**
17   KELLY, an individual, STACEY          )
     GREEN, an individual, and DOES 1      )
18   through 50, inclusive,                )
                                           )
19                      Defendants.        )
                              .            )
20   ─────────────────────────────────────

21         The parties having stipulated that this matter has been resolved in its entirety

22   and each side to bear their own attorney's fees and costs, this matter is hereby

23   dismissed with prejudice.

24         **IT IS SO ORDERED.**

25

26   Dated:  September 7, 2011             /s/ Christina A. Snyder
                                           ────────────────────────────
     Hon. Christina A. Snyder
27   U.S. District Court

28

                                         -1-
[PROPOSED] ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE