JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE GIBBONS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INDYNE, INC., a Maryland Corporation, DARRELL TULLIS, a California citizen, DONNA BEATTIE, an individual, CHERYL JONES, an individual, IRENE KAPINOS, an individual, LAURA KELLY, an individual, STACEY GREEN, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>. | CASE NO.  CV10-9042 CAS (AGRx)<br><br>Judge:      Christina A. Snyder<br>Courtroom:  5<br><br>Complaint Filed:  12/14/2009<br>First Amended<br> Complaint Filed:  10/26/2010<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  September 7, 2011                    /s/ Christina A. Snyder
                                                          Hon. Christina A. Snyder
                                                          U.S. District Court

-1-

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE